**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1073**

———————

JAMES P. MIXON, JR.,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; RONALD J. SMITH;
MARTIN HOULIHAN,

Defendants - Appellees,

and

JAMES SAMPLES; EDWARD SCHARDER,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-98-430-2)

———————

Submitted:  April 15, 1999          Decided:  April 20, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James P. Mixon, Jr., Appellant Pro Se. Michael Anson Rhine, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Mixon, Jr., appeals the district court's dismissal of his action against several agents of the Federal Bureau of Investigation. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mixon v. United States, No. CA-98-430-2 (E.D. Va. Oct. 28, 1998; Dec. 28, 1998; Jan. 26, 1999). We deny Mixon's motions for the appointment of counsel and for expedited treatment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED